(Rev 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Joseph L. Bolden 245653
(Name of Plaintiff)    (Inmate Number)

1181 PaDDock Rd. Smyrna, De. 19977
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)    (Inmate Number)

06070/9797
(Case Number)
(to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Kecia Winchester
(2) "Jane Doe"
(3) "Jane Doe"
(Names of Defendants)

CIVIL COMPLAINT

• • Jury Trial Requested

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

FILED
NOV 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned
JEP

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned.

_____
_____
_____
_____
_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • • No

C. If your answer to "B" is Yes:

1. What steps did you take? GRIEVANCE

2. What was the result? Nothing as yet

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Kecia Winchester
Employed as Probation Officer at Probation & Parole Building
Mailing address with zip code: Probation Office
Dover, Del 19901

(2) Name of second defendant: Heather
Employed as Tasc Officer at Tasc
Mailing address with zip code: 805 River Rd, Dover, De, 19901
James W. Williams Service Center

(3) Name of third defendant: State of Delaware, Superior Court
Employed as _____ at _____
Mailing address with zip code: Superior Court 38 The Green, Dover Del.

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Mental Health treatment or evaluation was not given by TASC referral. Substance Abuse treatment unsuccessful by TASC. Had not violated Probation / Completed drug treatment.

2. Probation was aware of how unsuccessful the Mental Health Treatment, Evaluation was going. State of Delaware used improper procedure in Court took my not honoring the law for Granted.

3. I, myself, the Plaintiff have completed Successfully Substance abuse treatment, Sought on own. Court went over the time to hear my case, used improper sentencing procedure. Gorden, 1992, 961 F.2d 426  2003 2020

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. The time that I have been incarcerated I have been taken away from my job. If there could be any way I could get reimbursed?

3

2. My supervisors, employers, needs to know that my background, criminal background history is clean and free.

3. acknowledge. that I am a veteran, I have had veterans, VA counseling.

MED: 4/30/2008   STRD: 4/6/2008   Adj. 4/6/2008

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __21__ day of __June__, 2__007__.

_Joseph L. Bolden_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4


I/M Joseph L. Bolden
SBI# 248653   UNIT SHU AU7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
20 NOV 2007 PM 3 T

Clerk
U.S. District Court
Lockbox 18
844 N. Kings Street
Wilmington, DE 19801

