12/07/2007  Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSEPH L. BOLDEN )
Plaintiff )
)
)
)
V. ) Civ. No. 07-756-SLR
)
)
KECIA WINCHESTER )
TASC OFFICER HEATHER NLN, )
STATE OF DELAWARE, )
JANE DOE and )
JANE DOE )
Defendants )

FILED
DEC 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned

1. As I the Plaintiff Joseph L. Bolden, I describe this lawsuit and present time incarcerated as a nightmare.

2. The defendants named up top are correct, adding that the State of Delaware, Department of Corrections put on extra pressure, pain and suffering.

3. All I had to do was to get my medical and treatment information from my last treatment facility at Meadow Wood Behavioral Center, in March 07.

4. Probation & TASC was also aware of this treatment.

5. The morning that I went to Court in Dover,

12/07/2007  Page 2

They gave me no notice.

6. So far I have spent a period of eight months incarcerated, not hearing anything about when I would be moved.

7. KECIA WINCHESTER had other members of her staff bring me here to DCC. Getting their names will need to be looked into. Right now their JANE DOE and Jane DOE.

8. KECIA WINCHESTER never gave me a drug test the day I was incarcerated, she just got them to bring me to jail, her staff.

9. I have been clean for 3 weeks.

10. One good point I have is that Probation & Tasc did not do anything that did secure me with treatment when I was here.

11. She told members of the court that I had missed an appointment. And I had been coming seeing her all the long. I happened to be late coming to see her one week, I had call her and told her where I was.

12. I feel she had no reason to do what she done to me.

13. Six Month Statement on the way.

14. Will have more information within 30 Days.

Joseph L. Bobler
Plaintiff

$00.41⁰
UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004608975  DEC 11 2007
MAILED FROM ZIP CODE 19977

I/M Joseph L. Bolden
SBI# 248653  UNIT Shu 17 A5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal mail

Office of the clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570