12/13/07  Page 1 of 2

IN THE UNITED STATES DISTRICT
Court
FOR THE DISTRICT OF DELAWARE

Joseph L Bolden )
    Plaintiff )
   )
   )
V. ) Civ. No. 07-756-SLR
KECIA Winchester )
Tasc Officer Heather NLN )
State of Delaware )
Jane Doe and )
Jane Doe )
    Defendants )


FILED
DEC 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1. Once again, how could Tasc, and Probation get away without helping me, assisting me?
2. The Place I am housed at I have been told I shouldn't be back here.
3. I was brushed off by Probation and Tasc.
4. They knew that they did not assist me or offer me help.
5. The Dept of Corrections has done nothing except harass me since I have been here.

12/13/07   Page 2 of 2

6. I have been forced to live in a cell next to an inmate who does nothing except create chaos, and hazard Day and Night. For three months straight. He has created all kinds of noise in his Cell.

7. This is Cruel and unusual Punishment to me.

8. Day after Day I had to be subject to hearing this noise.

Shown Aun   Joseph L. Boblen
                    Plaintiff
                    245653

I/M Joseph Boden
SBI# 245653  UNIT Shu 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S
X-RAY

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3520