07-756 SLR

Date Printed: 12/12/2007

## Individual Statement
## From June 2007 to December 2007

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00245653 | BOLDEN | JOSEPH | L | | Beginning Month Balance: | $0.56 |

Current Location: 17    Comments:    Ending Month Balance: $0.36

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 6/6/2007 | $10.00 | $0.00 | $0.00 | $10.56 | 439900 | 08709639968 | INDIGENT 6/5/07 | E BENSON |
| Canteen | 6/12/2007 | ($9.14) | $0.00 | $0.00 | $1.42 | 441320 | | | |
| Supplies-MailPosta | 6/12/2007 | $0.00 | $0.00 | ($3.38) | $1.42 | 441957 | | | |
| Mail | 6/13/2007 | $10.00 | $0.00 | $0.00 | $11.42 | 442722 | 08743293104 | INDIGENT 6/5/07 | E BENSON |
| Canteen | 6/19/2007 | ($7.86) | $0.00 | $0.00 | $3.56 | 444929 | | | |
| Supplies-MailPosta | 6/21/2007 | ($3.38) | $0.00 | $0.00 | $0.18 | 446758 | | | |
| Supplies-MailPosta | 6/28/2007 | $0.00 | $0.00 | ($8.87) | $0.18 | 449609 | | INDIGENT 4/26/07 | |
| Mail | 7/2/2007 | $25.00 | $0.00 | $0.00 | $25.18 | 450753 | 57072428127 | INDIGENT 4/26/07 | M JOHNSON |
| Canteen | 7/3/2007 | ($2.70) | $0.00 | $0.00 | $22.48 | 451289 | | | |
| Canteen | 7/10/2007 | ($13.58) | $0.00 | $0.00 | $8.90 | 454280 | | | |
| Supplies-MailPosta | 7/19/2007 | ($8.87) | $0.00 | $0.00 | $0.03 | 459438 | | INDIGENT 4/26/07 | |
| Supplies-MailPosta | 8/20/2007 | $0.00 | $0.00 | ($3.02) | $0.03 | 474296 | | INDIGENT 8/14/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.03) | $0.00 | ($2.99) | $0.00 | 477219 | | INDIGENT 8/14/07 | |
| Mail | 8/31/2007 | $10.00 | $0.00 | $0.00 | $10.00 | 479819 | 93378827081 | INDIGENT 8/14/07 | E BENSON |
| Canteen | 9/4/2007 | ($2.90) | $0.00 | $0.00 | $7.10 | 481753 | | | |
| Canteen | 9/18/2007 | ($4.09) | $0.00 | $0.00 | $3.01 | 487373 | | | |
| Canteen | 9/27/2007 | ($2.99) | $0.00 | $0.00 | $0.02 | 491930 | | | |
| Supplies-MailPosta | 10/16/2007 | $0.00 | $0.00 | ($2.90) | $0.02 | 501036 | | INDIGENT 10/8/07 | |
| Mail | 10/17/2007 | $25.00 | $0.00 | $0.00 | $25.02 | 501535 | 10073266990 | INDIGENT 10/8/07 | M JOHNSON |
| Supplies-MailPosta | 10/19/2007 | $0.00 | $0.00 | ($0.41) | $25.02 | 502734 | | 10/4/07 | |
| Supplies-MailPosta | 10/19/2007 | ($0.41) | $0.00 | $0.00 | $24.61 | 503353 | | 10/4/07 | |
| Supplies-MailPosta | 10/19/2007 | ($2.90) | $0.00 | $0.00 | $21.71 | 503407 | | INDIGENT 10/8/07 | |
| Canteen | 10/23/2007 | ($3.56) | $0.00 | $0.00 | $18.15 | 503835 | | | |
| Canteen | 11/6/2007 | ($9.80) | $0.00 | $0.00 | $8.35 | 510110 | | | |
| Mail | 11/15/2007 | $10.00 | $0.00 | $0.00 | $18.35 | 514333 | 56954798889 | | E BENSON |
| Canteen | 11/20/2007 | ($9.84) | $0.00 | $0.00 | $8.51 | 515724 | | | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.41) | $8.51 | 519999 | | 11/24/07 | |
| Supplies-MailPosta | 11/29/2007 | ($0.41) | $0.00 | $0.00 | $8.10 | 521165 | | 11/24/07 | |
| Canteen | 12/4/2007 | ($7.74) | $0.00 | $0.00 | $0.36 | 522945 | | | |

FILED
DEC 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Individual Statement
## From June 2007 to December 2007

Date Printed: 12/12/2007      Page 2 of 2

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00245653 | BOLDEN | JOSEPH | L | |

Current Location: 17    Comments:

Beginning Month Balance: $0.56
Ending Month Balance: $0.36

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|

Ending Month Balance: $0.36

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00