IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH L. BOLDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-756-SLR |
| ) | |
| KECIA WINCHESTER, ) | |
| TASC OFFICER HEATHER NLN, ) | |
| STATE OF DELAWARE, ) | |
| JANE DOE ) | |
| and JANE DOE, ) | |
| ) | |
| Defendants. ) | |

FILED
DEC 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## AUTHORIZATION

I, Joseph L. Bolden, SBI #245653, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $3.00 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _December 20_, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: __12/21__, 2007.

_Joseph L. Bolden_
Signature of Plaintiff

Date: 12/21/07

Pay-To: Business Office   Amount: $ 3.41   3.00 Filing fee chec

The Sum of: Three dollars   and Cents Forty-one

Address to whom sent: Office of the Clerk, United States District Court, 844 N. King Street Wilmington De

SBI #: 245653

Inmate Printed Name: Joseph L. Bolden

Inmate Signature: Joseph L. Bolden

Log # _____

Check # _____

Date of Check _____

OIC Printed Name _____

OIC Signature _____

Lieutenant Printed Name and Signature if Over $100.00 _____

Form #34(rev10/06)

Shift Commander Printed Name and Signature if Over $1,000.00 _____

I/M Joseph L. Bolden
SBI# 245653  UNIT SHU 17  A-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 DEC 26 PM 2:41

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570