Case 1:07-CV-00756-SLR          1/4/08    Page 1 of 2

## In The United States District Court
## For The District of Delaware.

Joseph L. Bolden,           )
    Plaintiff,           )
                      )
                      )
    V.             ) Civ. No. 07-756-SLR
Kecia Winchester           )
Task Officer Heather WLN,   )
State of Delaware,          )
Jane Doe                    )
and Jane Doe                )
    Defendants.           )

1. How could Probation & Parole and Task put me in jail, and did not properly ensure that my Mental Health treatment was given?

2. Aug. 24, 07 was an unexpected Court date for me. No one at the Superior Court in Dover had made me aware of this Court date.

3. The Public Defender just got up in Court and said that Probation & Parole said I was dirty.

4. No word at all has been given to me about going to Gateway.

5. Treatment in Dover, I would receive

Case 1:07-CV-00756-SLR                1/4/08   Page 2 of 2

From Tasc was limited.
6. The morning I went to court, Aug. 24, 07, as I said, I was not aware of Gateway.
7. I was placed in jail without them, the Defendants acknowledging that I had completed treatment at Meadow Wood Behavioral System.
8. There was no drug test given prior to me coming to jail, I was clean anyway.
9. The Public Defender got up in court and said I was dirty. (False).
10. Probation had little patience with me, what more could they want from me? I completed a treatment program.
11. I even had took care of this matter when I went to court.
12. How could I get charged with being dirty when I completed a drug treatment program?
13. When I went to report in she even made me aware that she knew where I was.
14. Meadow Wood Behavioral Health System           Joseph L. Bolden
575 S. Dupont Highway       SBI #245565   Plaintiff
New Castle, De. 19720
Treatment Center I was in.

IM Joseph L. Bolden
SBI# 245653   UNIT SHU 17
DELAWARE CORRECTIONAL CENTER AUT
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
04 JAN 2008 PM 3 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570