Case 1:07-cv-00756-SLR          Filed 2/14/2008

IN The United States District Court
For The District of Delaware

Joseph L. Bolden
Plaintiff

v.

Kecia Winchester
Tasc Officer Heather NLN
State of Delaware
Jane Doe
and Jane Doe
        Defendants

Civ. No. 07-756-SLR

FILED
FEB 19 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1. No other word have I heard on my case or civil suit.
2. As I expressed my concerns as regarding to me not receiving my mental health and getting through to the mental health agency, my concerns were not handled, they were ignored.
3. No effort was given towards me staying on the outside, and getting help.
4. The State has paid very little attention to my mental health treatment.
5. When I made attempts to follow their

instructions to get help, they're ways were unsuccessful.

6. The fact of being incarcerated after not being or receiving treatment, seems unusual.

7. I would like this matter looked into.

Joseph L. Bolden
SBI #245653

I/M Joseph L. Belber
SBI# 245653    UNIT SHU 17 A-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
15 FEB 2008 PM 1 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570