Case 1:07-CV-00756-SLR Document 13 Filed 02/ /2008 Page 1 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Delaware

Joseph L. Bolden,
 Plaintiff,

V.

Kecia Winchester, Tasc officer
Heather, State of Delaware
Superior Court, and Jane Does
 Defendants
   Appeal

Civil Action No. 07-756-SLR



FILED
FEB 27 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

On 25th day of February, 2008 I am asking the court to reconsider, and or open back up case, as relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1).

1. I Plaintiff Joseph L. Bolden ("plaintiff"), an inmate at the Delaware Correctional Center filed this civil rights action, with several supplements pursuant to 42 U.S.C. § 1983. and now looks to appeal the courts decision to dismiss or close his case.

2. Because of an additional claim that

Case 1:07-cv-00756-SLR Document 13 Filed 02/25/2008 Page 2 of 5

will be stated in this case. As noted in Section Six, (6), of Document 12 Filed 02/20/2008, must prove that the conviction or sentence has been reversed, expunged, or declared invalid.

Also, He has not alleged or proven, however, that his conviction, sentence, or probation violation finding was reversed or invalidated.

Hence, the claim must be dismissed. To the extent plaintiff seeks damages for his current incarceration, his claim rests on an "inarguable legal conclusion" and therefore, must be dismissed as frivolous.

3. The day I went to Court there was no one there who had accussed me of anything, only a Public Defender who I didn't know and never met, he had never met me, Aug. 24, 2007. I was taken straight from downstairs in the holding cell to upstairs to the Courtroom without knowing what I was up against. The whole process seems like it was rushed like they had ran out of time to sentence me.

I notice how my Sentence was being written up even before the Judge asked me any questions.

Case 1:07-cv-00756 SLR Document 13 Filed 02/25/2008 Page 3 of 5

This so far really sounds like it was really reversed or invalidated, my sentence, probation violation, and conviction.

How could a sentence be written out when the judge or no one asked me if I understood it? Shouldn't I have had a right to a fair hearing, warning before I went to court, or to be asked to agree to a plea? No one asked me how do I plead, Guilty or Not Guilty.

The fact that they had ran out of time really stood out, as to why I was forced to take what they gave me.

For me to be sitting a level V, for the length of time that I am makes my sentence also seem invalidated. Even if I am still only here being held until a bed space is available, for Gateway. I have been waiting since Aug. 24, 2007. 6 months, no signs of me going have been.

4. I have been left on a blank as far as me knowing what is the situation on my sentence, which seems invalidated to me.

5. Nothing inside this jail has helped me to deal with or handle any

Case 1:07-cv-00756-SLR  Document 13   Filed 02/25/2008 Page 4 of 6

of my situations, I feel if I was cut I could of at least been seeking treatment and helping pay back society, where I could have been going wrong.

The Courts way of dealing with me seemed very invalidated and reversed. They seemed to make my problem worser if they say that I have one. One, I could have been in treatment a long while ago, if I needed treatment, to them. Two, it was cruel and unusual to make me wait for four months to give me something that I have not went to.

I waited four months on PT, before going to court Aug. 24, 2007, and when I got to court, my sentence was read even before the Judge said anything to me. How could I understand a sentence anyway if I had no communication with the Judge?

6. I was taken in a court of law with no accussers in it. How can I be found guilty? This conviction is invalid. If no one was there who said I was wrong or accussed me of anything, I shouldn't have been found guilty. This Probation Violation finding was reversed. A §1983 Plaintiff seeks to recover

Case 1:07-CV-00756-SLR Document 13 Filed 02/25/2008 Page 5 of 5

damages for an unconstitutional conviction, imprisonment, and other harm caused by actions whose unlawfulness would render the conviction or sentence unlawful. I do not believe it was lawful for me to be Sentenced without me being asked "Do I understand or agree to the Sentence." It was not clearly asked to me if I understood the Sentence Aug. 24, 2007.

7. Judge Robert B Young whom I never Communicated with. I never went before this Judge on this case.

8. Conclusion. The Claim Listed in this Document is in Support of the elements listed in Section 6. of Document 12.

Joseph L. Bolden
Plaintiff

5

I/M Joseph L. Bolden
SBI# 245653   UNIT SHU 17  A07
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
25 FEB 2008 PM 1 L

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570